Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

_____ Green _____ Division

**FILED**

JAMES J. VILT, JR. - CLERK

JAN 13 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

ZACKARY THOMAS WALKER

_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

BOWLING GREEN MUNICIPAL UTILITIES
SHANE COOK
JILL HARTLEY

_____

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑ Yes  ☐ No

1:23-CV-5-GNS

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ZACKARY WALKER |
| Street Address | 1766 OLD GREENHILL ROAD |
| City and County | BOWLING GREEN, WARREN |
| State and Zip Code | KENTUCKY, 42103 |
| Telephone Number | 270-935-8484 |
| E-mail Address | WALKZT@HOTMAIL.COM |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | BOWLING GREEN MUNICIPAL UTILITIES |
| Job or Title *(if known)* | |
| Street Address | 801 CENTER STREET |
| City and County | BOWLING GREEN, WARREN |
| State and Zip Code | KENTUCKY, 42103 |
| Telephone Number | (270) 782-1200 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JILL HARTLEY |
| Job or Title *(if known)* | HR DIRECTOR BGMU |
| Street Address | |
| City and County | |
| State and Zip Code | KENTUCKY |
| Telephone Number | (270) 782-4355 |
| E-mail Address *(if known)* | JILL.HARTLEY@BGMU.COM |

Defendant No. 3

| | |
|---|---|
| Name | SHANE COOK |
| Job or Title *(if known)* | CYBERSECURITY ADMINISTRATOR BGMU |
| Street Address | |
| City and County | |
| State and Zip Code | KENTUCKY |
| Telephone Number | (270) 799-1665 |
| E-mail Address *(if known)* | SHANE.COOK@BGMU.COM |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | BOWLING GREEN MUNICIPAL UTILITIES |
| Street Address | 801 CENTER STREET |
| City and County | BOWLING GREEN, WARREN |
| State and Zip Code | KENTUCKY, 42103 |
| Telephone Number | (270) 782-1200 |

II.     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☑     Relevant state law *(specify, if known)*:

KRS Chapter 344

☐     Relevant city or county law *(specify, if known)*:

**III.     Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)
Earliest 10-13-2021 and Latest 8-22-2022

C.     I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex          MALE
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.     The facts of my case are as follows.  Attach additional pages if needed.

I was employed by Bowling Green Municipal Utilities from on or about September 12, 2021 through on or about August 22, 2022. My position was Systems Administrator. I am a male. In or around October 2021, I informed management that my wife was pregnant, and I would be needing leave. I was approved ahead of time for five weeks of parental leave. Before my leave started, I was treated differently than my female coworkers who were pregnant in that, among other things, my wife and I were not given a company funded baby shower during work hours, and my supervisor made derogatory comments about me being out on leave for that long. My leave began on or about July 8, 2022. | Please see attached to continue...

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.     Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10-12-2022

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)*     11/22/2022     .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Compensatory Damages of $5,000 for 4 weeks of lost earnings, as well as $60,000 for mental and emotional pain and suffering.

Punitive Damages of $35,000 for malicious and discriminatory workplace practices.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/13/2023

Signature of Plaintiff

Printed Name of Plaintiff      ZACKARY THOMAS WALKER

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address