UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
*Electronically Filed*

| | |
|---|---|
| ZACKARY THOMAS WALKER ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> BOWLING GREEN MUNICIPAL UTILITIES, ) <br> SHANE COOK and JILL HARTLEY ) <br> ) <br> DEFENDANTS ) <br> ) <br> ) | CIVIL ACTION NO. <br> 1:23-cv-00005-GNS-HBB |

_____

**ORDER OF DISMISSAL, WITH PREJUDICE**
_____

The parties having jointly moved the Court for dismissal of this action, with prejudice, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, with each party to bear his, her, or its own costs and attorneys fees.

May 19, 2023

*H. Brent Brennenstuhl* (signature)

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Tendered By:
Timothy L. Edelen

Distribution list:
Zackary Thomas Walker
*walkzt@hotmail.com*
*pro se* PLAINTIFF

Timothy L. Edelen
*edelen@boamlaw.com*
COUNSEL FOR DEFENDANTS, BOWLING GREEN MUNICIPAL UTILITIES, SHANE COOK AND JILL HARTLEY